ROBERT E. PETERSON
404 Washington St.
P. O. Box 101
Smelterville, Idaho 83868
(509) 714-9759
Repete4one@yahoo.com

Petitioner in Pro Per

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

ROBERT E. PETERSON,            )
                               )
    Plaintiff,                 )
                               )
vs.                            )
                               )
HOLLY LINDSEY, BENJAMIN ALLEN, )
                               )
KEISHA OXENDINE, SCOTT WAYMAN, )
                               )
LAWRENCE WADSEN, KENNETH K.    )
                               )
JORGENSEN, IDAHO COURT OF APPEALS, )
                               )
IDAHO SUPREME COURT, TARA JONES, )
                               )
MICHAEL NORTHCUTT, DIRECTOR OF )
                               )
ATF, UNKNOWN AGENTS OF ATF AND )
                               )
FBI.                           )
                               )
    Defendants.                )
_____)

CV 25-0552-NDCN

**SUMMONS IN CIVIL ACTION**

REFILING OF

CASE NO. 2:23-CV-544-BLW

FEDERAL SUMMONS

## SUMMONS IN A CIVIL ACTION

To:     **KEISHA OXENDINE**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)---or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3)---you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

Robert E. Peterson, 404 Washington Street, P. O. Box 101, Smelterville Idaho 83868

If you fail to respond, judgment will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                     Signature of clerk or deputy clerk

FEDERAL SUMMONS